Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.: 10–49601–KCF
                    Chapter: 13
                    Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Francis Osinski | Aymara Osinski |
| aka Francis M Osinski, aka Fran Osinski | 65 Cornish Street |
| 65 Cornish Street | Washington, NJ 07882 |
| Washington, NJ 07882 | |

Social Security No.:
  xxx–xx–4348                               xxx–xx–2333

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 25, 2016</u>                 <u>Kathryn C. Ferguson</u>
                                          Judge, United States Bankruptcy Court