UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 10-49601 |
|---|---|---|
| Francis Osinski & Aymara Osinski, | Judge: | Hon. Kathryn C. Ferguson |
| | Chapter: | 13 |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _Francis Osinski_, debtor in the above captioned case request the
Court issue a discharge on my behalf.  As such I hereby certify as follows:

1.  All payments required to be made by me to the standing trustee under my plan have been made and are
    paid in full.

2.  ☒  I am not required to pay domestic support obligations, or

    ☐  I am required to pay domestic support obligations, and have paid all amounts payable under court
    order or statute that were due on or before the date of this certification, or

    ☐  I am required to pay domestic support obligations, but have not paid all amounts due pursuant to
    court order or statute as of the date of this certification.

3.  My current address is: _65 Cornish St, Washington NJ 07882_

4.  The name and address of my current employer is (enter NONE if not currently employed):
    _Classic Cake  1821 East Sedgley Ave Phila Pa 19124_

I certify under penalty of perjury that the foregoing is true and correct.

Date: _8/27/16_      _____
                        Debtor's Signature

**NOTE: Each debtor in a joint case must file separate Certifications in Support of Discharge.**