UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on September 29, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Francis Osinski and Aymara Osinski

| | |
|---|---|
| Case No.: | 10-49601 |
| Hearing Date: | September 28, 2016 |
| Judge: | Kathryn C. Ferguson |
| Chapter: | 13 |

Recommended Local Form:   ☒ Followed    ☐ Modified

## ORDER REOPENING CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 29, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the motion of _____ Todd Cushner _____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ❏ A Trustee shall be appointed.

   ☑ A Trustee shall not be appointed.

3. ❏ The case shall be immediately reclosed.

   ❏ The case shall be closed within _____ days.

   ☑ The case shall be reviewed within __14__ days for closing eligibility.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*rev. 6/1/06. jml*