| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Francis Osinski** | Social Security number or ITIN **xxx–xx–4348** |
| | First Name   Middle Name   Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Aymara Osinski** | Social Security number or ITIN **xxx–xx–2333** |
| | First Name   Middle Name   Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | **District of New Jersey** | |
| Case number: | **10–49601–KCF** | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Francis Osinski
aka Francis M Osinski, aka Fran Osinski

Aymara Osinski

9/29/16

**By the court:**   Kathryn C. Ferguson
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 10-49601-KCF
Francis Osinski                                                     Chapter 13
Aymara Osinski
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Sep 29, 2016
                              Form ID: 3180W           Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 01, 2016.
```
db           +Francis Osinski,    65 Cornish Street,    Washington, NJ 07882-2112
jdb         #+Aymara Osinski,    65 Cornish Street,    Washington, NJ 07882-2112
511516289    +ACCOUNTS RECEIVABLE MANAGEMENT,     2727 PHILMONT AVE SUITE 100,
               HUNTINGDON VALLEY, PA 19006-5398
511516291     ASSETCARE, INC.,    PO BOX 15380,    WILMINGTON, DE   19850
511516292    +BANK OF AMERICA,    C/O NATIONWIDE CREDIT,    4700 VESTAL PARKWAY EAST,    VESTAL, NY 13850-3770
511516307   ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court:  HOME DEPOT CREDIT SERVICES,    PROCESSING CENTER,
               DES MOINES, IA 50364)
511516304    +CREDITECH,    PO BOX 99,    BANGOR, PA 18013-0099
511815019    +Chase Home Finance, LLC,    National Legal Processing,    451 Florida Street,   3rd Floor,
               Baton Rouge, LA 70801-1724
511516299    +Chase Home Mortgage,    PO Box 78420,    Phoenix, AZ 85062-8420
511516300    +Citi Cards,    P.O. Box 183055,    Columbus, OH 43218-3055
511516308    +HSBC BANK,    C/O HAYT HAYT & LANDAU, LLC,    PO BOX 500,    EATONTOWN, NJ 07724-0500
511631633    +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
               Norfolk VA 23541-0907
512014763     JPMorgan Chase Bank, N.A.,    Chase Records Center,    Mail Code LA4-5555 - 700 Kansas Lane,
               Monroe, LA 71203
511516311    +NATIONAL RECOVERY,    PO BOX 67015,    HARRISBURG, PA 17106-7015
511516314    +OPTIMUM ANESTHESIA CARE,    C/O MICHAEL HARRISON,    3155 ROUTE 10 EAST,
               DENVILLE, NJ 07834-3492
511543502    +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
511516315    +PNC BANK,    PO BOX 790350,    ST. LOUIS, MO 63179-0350
511516316    +PROCESSING CENTER,    PO BOX 689155,    DES MOINES, IA 50368-9155
511516319    +SAXON MORTGAGE SERVICES, INC.,     C/O ZUCKERBERG, GOLDBERG & ACKERMAN,
               200 SHEFFIELD STREET, SUITE 301,    MOUNTAINSIDE, NJ 07092-2315
514032967    +SPECIALIZED LOAN SERVICING LLC,    8742 LUCENT BLVD. STE. 300,    HIGHLANDS RANCH, CO 80129-2386
514032968    +SPECIALIZED LOAN SERVICING LLC,    8742 LUCENT BLVD. STE. 300,    HIGHLANDS RANCH, CO 80129,
               SPECIALIZED LOAN SERVICING LLC,    8742 LUCENT BLVD. STE. 300,    HIGHLANDS RANCH, CO 80129-2386
511516318    +Saxon Mortgage Services,    P.O. Box 163405,    Fort Worth, TX 76161-3405
511751339    +Saxon Mortgage Services, Inc.,    1270 Northland Dr Suite 200,    Mendota Heights, MN 55120-1176
513279643     U.S. Bank National Association,    C/O Ocwen Loan Servicing, LLC,    Attn: Cashiering Department,
               P.O. Box 24781,    West Palm Beach, FL 33416-4781
512623073    +Valley National Bank,    1445 Valley Rd.,    Wayne, NJ 07470-8438
511516320    +Valley National Bank,    PO Box 953,    Wayne, NJ 07474-0953
511516322    +WEST ASSET MANAGEMENT INC.,    PO BOX 790113,    ST LOUIS, MO 63179-0113

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Sep 29 2016 22:34:26      U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 29 2016 22:34:24      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
511516290    +EDI: ALLIANCEONE.COM Sep 29 2016 22:18:00      Alliance One Rec. Mgmt, Inc,
               1160 Centre Pointe Drive,    Suite #1,   Mendota Heights, MN 55120-1377
511619307     EDI: RESURGENT.COM Sep 29 2016 22:18:00      B-Line, LLC,    MS 550,   PO Box 91121,
               Seattle, WA 98111-9221
511516293    +EDI: BANKAMER2.COM Sep 29 2016 22:18:00      Bank of America,    PO BOX 15726,
               Wilmington, DE 19886-5726
511516296    +E-mail/Text: cms-bk@cms-collect.com Sep 29 2016 22:34:12      Capital Management Services, LP,
               726 Exchange Street, Suite 700,    Buffalo, NY 14210-1464
511516297    +EDI: CAPITALONE.COM Sep 29 2016 22:18:00      Capital One,    Po Box 71083,
               Charlotte, NC 28272-1083
515377490     EDI: CAPITALONE.COM Sep 29 2016 22:18:00      Capital One National Association,    PO Box 70884,
               Charlotte, NC 28272-0884,    Capital One National Association,    PO Box 70884,
               Charlotte, NC 28272-0884
515377489     EDI: CAPITALONE.COM Sep 29 2016 22:18:00      Capital One National Association,    PO Box 70884,
               Charlotte, NC 28272-0884
511516298    +EDI: CHASE.COM Sep 29 2016 22:18:00      Chase,   P.O. Box 15153,    Wilmington, DE 19886-5153
511614537     EDI: CHASE.COM Sep 29 2016 22:18:00      Chase Bank USA, N.A.,    PO Box 15145,
               Wilmington, DE 19850-5145
511516305     EDI: DISCOVER.COM Sep 29 2016 22:18:00      Discover,   P.O. Box 3008,    New Albany, OH 43054
511548820    +EDI: TSYS2.COM Sep 29 2016 22:18:00      Department Stores National Bank/Visa,
               Bankruptcy Processing,    PO Box 8053,   Mason, OH 45040-8053
511527715     EDI: DISCOVER.COM Sep 29 2016 22:18:00      Discover Bank,    Dfs Services LLC,   PO Box 3025,
               New Albany, OH  43054-3025
511516309    +EDI: HFC.COM Sep 29 2016 22:18:00      HSBC BANK,   PO BOX 5253,    CAROL STREAM, IL 60197-5253
511900920     EDI: RESURGENT.COM Sep 29 2016 22:18:00      LVNV Funding LLC,    Resurgent Capital Services,
               PO Box 10587,   Greenville, SC 29603-0587
511516310    +EDI: TSYS2.COM Sep 29 2016 22:18:00      Macy's,   PO Box 183083,    Columbus, OH 43218-3083
511516312    +E-mail/Text: bankruptcydepartment@tsico.com Sep 29 2016 22:35:01      NCO FINANCIAL SYSTEMS,
               PO BOX 17080,    WILMINGTON DE 19850-7080
```

```
District/off: 0312-3          User: admin              Page 2 of 2                    Date Rcvd: Sep 29, 2016
                              Form ID: 3180W           Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
511654338      +EDI: OPHSUBSID.COM Sep 29 2016 22:18:00      OAK HARBOR CAPITAL LLC,
                 C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
511781475       EDI: PRA.COM Sep 29 2016 22:18:00      Portfolio Recovery Associates, LLC,   c/o Bank of America,
                 PO Box 41067,    Norfolk VA 23541
513890391      +EDI: RESURGENT.COM Sep 29 2016 22:18:00      PYOD LLC,   c/o Resurgent Capital Services,
                 PO Box 19008,    Greenville, SC 29602,   PYOD LLC,   c/o Resurgent Capital Services 29602-9008
513890390      +EDI: RESURGENT.COM Sep 29 2016 22:18:00      PYOD LLC,   c/o Resurgent Capital Services,
                 PO Box 19008,    Greenville, SC 29602-9008
511680964       EDI: RECOVERYCORP.COM Sep 29 2016 22:18:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
511769979       EDI: ECAST.COM Sep 29 2016 22:18:00      eCAST Settlement Corporation,   POB 29262,
                 New York NY 10087-9262
511677299       EDI: ECAST.COM Sep 29 2016 22:18:00      eCAST Settlement Corporation assignee of Citibank,
                 (South Dakota) NA,    POB 29262,   New York NY 10087-9262
                                                                                               TOTAL: 25

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
511516294*     +Bank of America,    PO BOX 15726,   Wilmington, DE 19886-5726
511516295*     +Bank of America,    PO BOX 15726,   Wilmington, DE 19886-5726
511516301*     +Citi Cards,    P.O. Box 183055,    Columbus, OH 43218-3055
511516302*     +Citi Cards,    P.O. Box 183055,    Columbus, OH 43218-3055
511516303*     +Citi Cards,    P.O. Box 183055,    Columbus, OH 43218-3055
511516306*    ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
               (address filed with court:  Discover,    P.O. Box 3008,    New Albany, OH 43054)
511516313*     +NCO FINANCIAL SYSTEMS,    PO BOX 17080,    WILMINGTON DE 19850-7080
511790173*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:  Portfolio Recovery Associates, LLC,    c/o Bank Of America,
                 POB 41067,    Norfolk VA 23541)
511516317*     +PROCESSING CENTER,    PO BOX 689155,    DES MOINES, IA 50368-9155
511516321     ##+WARREN RADIOLOGY ASSOCIATES,    PO BOX 5206,    PHILLIPSBURG, NJ 08865-5206
                                                                                             TOTALS: 0, * 9, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 29, 2016 at the address(es) listed below:
```
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Joshua I. Goldman    on behalf of Creditor    Specialized Loan Servicing LLC
               jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              R. A. Lebron    on behalf of Creditor    Specialized Loan Servicing LLC bankruptcy@feinsuch.com
              R. A. Lebron    on behalf of Creditor    CHASE HOME FINANCE, LLC bankruptcy@feinsuch.com
              Todd S Cushner    on behalf of Debtor Francis  Osinski todd@thegtcfirm.com,
               amanda@thegtcfirm.com;dana@thegtcfirm.com;amerritt@thegtcfirm.com;jgiorgi@thegtcfirm.com
              Todd S Cushner    on behalf of Joint Debtor Aymara   Osinski todd@thegtcfirm.com,
               amanda@thegtcfirm.com;dana@thegtcfirm.com;amerritt@thegtcfirm.com;jgiorgi@thegtcfirm.com
                                                                                               TOTAL: 7
```