UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on September 29, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Francis Osinski and Aymara Osinski

Case No.: _____10-49601_____

Hearing Date: __September 28, 2016__

Judge: ___Kathryn C. Ferguson___

Chapter: _____13_____

Recommended Local Form:  ☑ Followed    ☐ Modified

## ORDER REOPENING CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 29, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the motion of _____Todd Cushner_____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ☐ A Trustee shall be appointed.

   ☑ A Trustee shall not be appointed.

3. ☐ The case shall be immediately reclosed.

   ☐ The case shall be closed within _____ days.

   ☑ The case shall be reviewed within \_\_14\_\_ days for closing eligibility.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*rev. 6/1/06. jml*

2

United States Bankruptcy Court
District of New Jersey

In re:
Francis Osinski
Aymara Osinski
    Debtors

Case No. 10-49601-KCF
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Sep 29, 2016
                  Form ID: pdf903      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2016.
db        +Francis Osinski,   65 Cornish Street,   Washington, NJ 07882-2112
jdb      #+Aymara Osinski,   65 Cornish Street,   Washington, NJ 07882-2112

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2016                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2016 at the address(es) listed below:
        Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
        Albert   Russo    docs@russotrustee.com
        Joshua I. Goldman    on behalf of Creditor    Specialized Loan Servicing LLC
         jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
        R. A. Lebron    on behalf of Creditor    Specialized Loan Servicing LLC bankruptcy@feinsuch.com
        R. A. Lebron    on behalf of Creditor    CHASE HOME FINANCE, LLC bankruptcy@feinsuch.com
        Todd S Cushner    on behalf of Debtor Francis  Osinski todd@thegtcfirm.com,
         amanda@thegtcfirm.com;dana@thegtcfirm.com;amerritt@thegtcfirm.com;jgiorgi@thegtcfirm.com
        Todd S Cushner    on behalf of Joint Debtor Aymara   Osinski todd@thegtcfirm.com,
         amanda@thegtcfirm.com;dana@thegtcfirm.com;amerritt@thegtcfirm.com;jgiorgi@thegtcfirm.com
                                                                                   TOTAL: 7