# Todd Cushner

| | |
|---|---|
| From: | USBankruptcyCourts@noticingcenter.com |
| Sent: | Monday, October 17, 2016 5:26 PM |
| To: | Todd Cushner |
| Subject: | U.S. Bankruptcy Court, District of New Jersey - Returned Mail Notice, In re: Francis Osinski, Case Number: 10-49601, KCF, Ref: [p-100620189] |
| Attachments: | R_P310496013180W0343.PDF |

Notice of Returned Mail to Debtor/Debtor's Attorney

October 17, 2016

From: United States Bankruptcy Court, District of New Jersey

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

In re: Francis Osinski, Case Number 10-49601, KCF

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attached document was mailed to the notice recipient(s) listed below via the U.S. Postal Service, and it was returned to the Bankruptcy Noticing Center as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

NOTE: THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by the court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

ASSETCARE, INC.
PO BOX 15380
WILMINGTON, DE 19850

THE UPDATED ADDRESS IS:

5100 Peachtree Industrial Blvd
Norcross GA 30071

_____    10/25/16
Signature of Debtor or Debtor's Attorney                    Date

1